LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 16-01707-BRO (FFMx) | Date | June 1, 2016 |
|---|---|---|---|
| Title | JINHEE PARK V. CITI BANK, ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant CitiMortgage, Inc.'s ("Defendant")[1] Motion to Dismiss Plaintiff Jinhee Park's ("Plaintiff") First Amended Complaint. (Dkt. No. 18.) The hearing of this Motion is scheduled for June 20, 2016. (*See id.*) Central District Local Rule 7-9 requires parties to file oppositions no later than twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Thus, Plaintiff's opposition, if any, was due no later than May 27, 2016. *Id.*; *see also* Fed. R. Civ. P. 6. To date, however, Plaintiff has failed to oppose Defendant's Motion. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to Defendant's Motion, if any, shall be filed by no later than Monday, June 6, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose. If Plaintiff fails to respond, the Court may grant Defendant's Motion to Dismiss pursuant to Local Rule 7-12. **Any reply by Defendant shall be filed on Friday June 17, 2016.**

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |

---

[1] Plaintiff's First Amended Complaint erroneously names Defendant as "Citi Bank" or "Citibank." (*See* Dkt. No. 17.)